# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

FILED ___ LODGED
✓ RECEIVED ___ COPY

JUN 13 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>Alfonso Arceo, Jr.<br>*Defendant* | Case No. CR-23-00212-007-PHX-SPL |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before **District Judge Steven P. Logan** without unnecessary delay
*(name of person to be arrested)*   Alfonso Arceo, Jr.                                                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3142: Violation of Pretrial Release

*Molly J. Williams*
*Issuing officer's signature*

ISSUED ON 9:16 am, Jun 11, 2024
s/ Debra D. Lucas, Clerk

City and state:  Phoenix, Arizona                         Molly Williams, Deputy Clerk
                                                          *Printed name and title*

### Return

This warrant was received on *(date)* 06/11/2024, and the person was arrested on *(date)* 06/13/2024
at *(city and state)*  PHOENIX, AZ.

Date: 06/13/2024                    BY: _____ # 317~
                                       *Arresting officer's signature*

                                    U.S. MARSHAL SERVICE
                                    *Printed name and title*

cc: PTS